IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GWENDOLYN DASHNER and            )
JOHN HIRKO, SR., as              )  Civil Action
Co-Administrators of the Estate  )  No. 99-CV-02124
of John Hirko, Jr., Deceased,    )
KRISTIN FODI and                 )
TUAN HOANG,                      )
                                 )
            Plaintiffs           )
                                 )
        vs.                      )
                                 )
JOSEPH EDWARD RIEDY, Individually)
and in his Official Capacity     )
as a Member of the Bethlehem     )
Police Department, et al.        )
                                 )
            Defendants           )
                                 )
        vs.                      )
                                 )
DEFENSE TECHNOLOGY               )
CORPORATION OF AMERICA and       )
ARMOR HOLDINGS, INC.,            )
                                 )
            Defendants on        )
            the Cross-Claim      )

O R D E R

        NOW, this 18th day of September, 2003, upon
consideration of Police Defendants' Motion in Limine to Preclude
Evidence Concerning Prior Arrest and Past Drug Use of Todd
Repsher filed August 18, 2003; upon consideration of plaintiffs'
answer to the motion filed September 3, 2003; upon consideration
of the briefs of the parties; after oral argument held this date;
and for the reasons articulated simultaneously on the record,

        IT IS ORDERED that defendants' motion in limine is
granted in part and deferred in part.

        IT IS FURTHER ORDERED that plaintiffs are precluded
from offering any evidence in their case-in-chief at the trial of
this case concerning the alleged prior arrest of defendant Todd
Repsher for possession of a small amount of marijuana in New

Jersey in 1989 and the alleged prior drug use by Todd Repsher of
a small amount of marijuana and cocaine prior to becoming a
police officer.

       IT IS FURTHER ORDERED that the question of introduction
of evidence concerning the prior arrest and prior drug use of
Todd Repsher in rebuttal or for impeachment purposes is deferred
until the time of trial.

       IT IS FURTHER ORDERED that on or before September 23,
2003 defendants shall provide counsel for plaintiffs with all
documentation currently in the possession or control of defense
counsel concerning the prior arrest record of defendant Todd
Repsher, including, but not limited to, all portions of Todd
Repsher's personnel record dealing with his arrest record which
may have been previously redacted by defendants prior to
producing the personnel record of Mr. Repsher to plaintiffs in
discovery.


BY THE COURT:


_____
James Knoll Gardner
United States District Judge