```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GWENDOLYN DASHNER and JOHN      )
HIRKO, SR., as                  )   Civil Action
Co-Administrators of the        )   No. 99-CV-02124
Estate of John Hirko, Jr.,      )
Deceased, KRISTIN FODI, and     )
TUAN HOANG,                     )
                                )
          Plaintiffs            )
                                )
     vs.                        )
                                )
JOSEPH EDWARD RIEDY,            )
Individually, and               )
CITY OF BETHLEHEM,              )
                                )
          Defendants            )
```

O R D E R

NOW, this 22nd day of March, 2004, the within-recited agreement and stipulation of settlement of counsel and the parties is approved and entered as an Order of Court.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge